**Anthony Junior BARNHILL,**
**Petitioner–Appellant,**

v.

**State of NORTH CAROLINA,**
**Respondent–Appellee.**

Anthony Junior Barnhill,
Petitioner–Appellant,

v.

State Of North Carolina, Respondent–
Appellee.

Nos. 14–6573, 14–6575.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 25, 2014.

Decided: Sept. 29, 2014.

Anthony Junior Barnhill, Appellant Pro
Se.

Before WILKINSON and AGEE,
Circuit Judges, and DAVIS, Senior Circuit
Judge.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Anthony
Junior Barnhill seeks to appeal the district
court's orders denying identical post-judg-
ment motions he filed in the underlying 28
U.S.C. § 2254 (2012) proceedings. The or-
ders are not appealable unless a circuit
justice or judge issues a certificate of ap-
pealability. 28 U.S.C. § 2253(c)(1)(A)
(2012). A certificate of appealability will
not issue absent "a substantial showing of
the denial of a constitutional right." 28
U.S.C. § 2253(c)(2) (2012). When the dis-
trict court denies relief on the merits, a
prisoner satisfies this standard by demon-
strating that reasonable jurists would find
that the district court's assessment of the
constitutional claims is debatable or
wrong. *Slack v. McDaniel*, 529 U.S. 473,
484, 120 S.Ct. 1595, 146 L.Ed.2d 542
(2000); *see Miller–El v. Cockrell*, 537 U.S.
322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d
931 (2003). When the district court denies
relief on procedural grounds, the prisoner
must demonstrate both that the dispositive
procedural ruling is debatable, and that
the petition states a debatable claim of the
denial of a constitutional right. *Slack*, 529
U.S. at 484–85, 120 S.Ct. 1595.

We have independently reviewed the
record and conclude that Barnhill has not
made the requisite showing. Accordingly,
we deny certificates of appealability, deny
leave to proceed in forma pauperis, and
dismiss the appeals. We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before this court and argu-
ment would not aid the decisional process.

*DISMISSED.*